José Esprívalo y Tomasa Guzmán Ruperto, demandantes y apelados, *v.* Ramón Cerezo Martínez, demandado y apelante.

No. 5924.—*Sometido:* Abril 26, 1933. *Resuelto:* Julio 28, 1934.

*R. Martínez Nadal* y *F. Navarro Ortiz,* abogados del apelante; *A. García Ducós,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOT ALDREY, emitió la opinión del tribunal.

Este pleito se inició en una corte municipal en cobro de $306.80. La Corte de Distrito de Aguadilla dictó sentencia condenatoria en él en grado de apelación y ese fallo fué apelado para ante este Tribunal Supremo. Revocamos la sentencia y ordenamos otro juicio por haberse cometido un error de procedimiento. *Esprívalo* v. *Cerezo,* 41 D.P.R. 744. De la nueva sentencia condenatoria de la corte de distrito apeló otra vez el demandado quien alega como primer motivo para su recurso que la corte inferior cometió error al declarar sin lugar la excepción previa que adujo contra la demanda por no contener hechos determinantes de causa de acción. Ese mismo error fué alegado en la anterior apelación que resolvimos, en la que declaramos que la demanda aduce suficientemente una causa de acción. Como es cuestión ya resuelta por nosotros entre las partes no la trataremos nuevamente.

El segundo motivo de error, último que discute el apelante, se refiere a la apreciación que la corte inferior hizo de la evidencia y a la forma en que resolvió el conflicto de la prueba.

De la evidencia resulta que Martina Cerezo debía $306.80 a Sandalio García Ducós con la garantía de los demandantes: que el día 5 de abril de 1927 ella y un hermano, el demandado, fueron donde el demandante Esprívalo, a quien manifestó el demandado que Martina embarcaría al día siguiente para la ciudad de Nueva York, que ella no tenía dinero para pagar a García Ducós lo que le debía pero que los demandantes pagasen esa deuda y que ella les endosaría un pagaré que tenía de José Gregorio Cortés por $300 de capital y $15 de intereses, pero Esprívalo no quiso papel sino dinero: que

entonces convinieron los tres en que Martina endosara el pagaré al demandado; que los ahora demandantes pagaran la deuda de Martina con García Ducós y que cuando el demandado cobrase el pagaré de José Gregorio Cortés le pagaría a los ahora demandantes los $306.80 que ellos pagarían por Martina a García Ducós. Esa misma tarde se cercioró Esprívalo de que Martina endosó el mencionado pagaré al demandado, por lo que los demandantes pagaron la deuda de Martina con García Ducós; y que después supo Esprívalo por varias manifestaciones, entre ellas del propio demandado, que éste cobró de José Gregorio Cortés los $300 y le condonó los $15 de intereses, cuyo dinero aplicó a satisfacer otro pagaré de $252 que Martina tenía en un banco con la garantía del demandado, habiendo manifestado el demandado a varias personas que él no iba a ser tan bobo de pagar a Esprívalo cuando él era garantizador de su hermana en el banco. Esos hechos están corroborados por muchos testigos y justifican los alegados en la demanda.

La evidencia del apelante consistió en su declaración, que no niega lo manifestado por Esprívalo pero dice que después de endosado a él el pagaré que tenía su hermana contra Cortés, ella le dijo que con lo que cobrara de ese pagaré satisficiera otro que ella tenía en el banco con la firma del demandado; y la declaración por deposición de Martina que testificó en los mismos términos que su hermano, el demandado. La corte inferior no dió crédito a ese particular de sus declaraciones y el examen que hemos hecho de toda la prueba nos convence de que la corte inferior estuvo correcta en esa conclusión, pues hasta que este pleito comenzó no dijo el demandado a las varias personas con quienes habló respecto al asunto de Esprívalo que había recibido tal instrucción de su hermana sino que, como antes hemos consignado, él no iba a ser bobo no satisfaciendo el pagaré que su hermana tenía con él en un banco.

No cometió error la corte inferior al apreciar la prueba en la manera que lo hizo y al condenar al apelante.

*La sentencia apelada debe ser confirmada.*